IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

WISCONSIN MASONS HEALTH CARE FUND,
WISCONSIN MASONS PENSION FUND,
WISCONSIN MASONS JOINT
APPRENTICESHIP AND TRAINING FUND,
JAMES VICK, BRICKLAYERS & TROWEL
TRADES INTERNATIONAL PENSION FUND,
INTERNATIONAL MASONRY INSTITUTE,
INTERNATIONAL UNION OF BRICKLAYERS
AND ALLIED CRAFTWORKERS, and
BRICKLAYERS AND ALLIED CRAFTWORKERS
DISTRICT COUNCIL OF WISCONSIN,

Case No. 21-cv-268-jdp

    Plaintiffs,

  v.

ICONIC FINISHES, LLC,

    Defendant.

## DEFAULT JUDGMENT

IT IS ORDERED AND ADJUDGED that judgment is entered in favor of Plaintiffs Wisconsin Masons Health Care Fund, Wisconsin Masons Pension Fund, Wisconsin Masons Joint Apprenticeship and Training Fund, James Vick, Bricklayers & Trowel Trades International Pension Fund, International Masonry Institute, International Union of Bricklayers and Allied Craftworkers, and Bricklayers and Allied Craftworkers District Council of Wisconsin against Defendant Iconic Finishes, LLC in the amount of $1.

Dated this 1st day of October, 2021.

s/ K. Frederickson, Deputy Clerk
Peter Oppeneer, Clerk of Court